IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY,<br>    *Plaintiff/Judgment Creditor,*<br><br>vs.<br><br><br>BANK OZK,<br>    *Garnishee,*<br><br>and<br><br>ORYX OILFIELD HOLDINGS, LLC, KODIAK TRENCHING AND BORING, LLC, KODIAK RENTAL AND SUPPLY, LLC, KODIAK TESTING, LLC, ORYX OILFIELD SERVICES, LLC, KODIAK EXCAVATION AND UTILITIES, LLC, MATTHEW J. MAHONE, AND LEIGH ANNE MAHONE,<br>    *Defendants/Judgment Debtors.* | §§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 4:20-CV-832-O<br><br>Related Case: 4:18-CV-832-A |

### BANK OZK'S ORIGINAL ANSWER TO WRIT OF GARNISHMENT AND ORIGINAL COUNTERCLAIM

BANK OZK (the "Bank"), Garnishee in the above-captioned cause, files this Original Answer to the Writ of Garnishment, issued on August 13, 2020, and its Original Counterclaim, and would respectfully show the Court as follows:

### ORIGINAL ANSWER

1. The Writ was served on Garnishee on August 20, 2020, by service upon Garnishee's registered agent, National Registered Agents, Inc., in Dallas, Texas.

2. At the time the Writ was served on it, Garnishee was indebted to Oryx Oilfield Services, LLC in the amount of THIRTY-FIVE AND 85/100 DOLLARS ($35.85).

3. At the time the Writ was served on it, Garnishee was indebted to Kodiak Excavation and Utilities, LLC in the amount of EIGHT HUNDRED SEVENTY-FIVE AND 43/100 DOLLARS ($875.43).

4. At the time the Writ was served on it, Garnishee was indebted to Matthew J. Mahone and Leigh Anne Mahone in the amount of NINETY-EIGHT AND 79/100 DOLLARS ($98.79).

5. At the time the Writ was served on it, Oryx Oilfield Holdings LLC has no records with the Bank.

6. At the time the Writ was served on it, Kodiak Trenching and Boring, LLC has no accounts with the Bank.

7. At the time the Writ was served on it, Kodiak Rental and Supply, LLC has no records with the Bank.

8. At the time the Writ was served on it, Kodiak Testing, LLC has no records with the Bank.

9. At the time the Writ was served on it, Garnishee was not in possession of any other effects belonging to Judgment Debtors.

10. As of the date of this Original Answer to Writ of Garnishment, Garnishee is indebted to Oryx Oilfield Services, LLC in the amount of THIRTY-FIVE AND 85/100 DOLLARS ($35.85).

11. As of the date of this Original Answer to Writ of Garnishment, Garnishee is indebted to Kodiak Excavation and Utilities, LLC in the amount of EIGHT HUNDRED SEVENTY-FIVE AND 43/100 DOLLARS ($875.43).

12. As of the date of this Original Answer to Writ of Garnishment, Garnishee is indebted to Matthew J. Mahone and Leigh Anne Mahone in the amount of NINETY-EIGHT AND 79/100 DOLLARS ($98.79).

13. As of the date of this Original Answer to Writ of Garnishment, Oryx Oilfield Holdings, LLC has no records with the Bank.

14. As of the date of this Original Answer to Writ of Garnishment, Kodiak Trenching and Boring, LLC has no accounts with the Bank.

15. As of the date of this Original Answer to Writ of Garnishment, Kodiak Rental and Supply, LLC has no records with the Bank.

16. As of the date of this Original Answer to Writ of Garnishment, Kodiak Testing, LLC has no records with the Bank.

17. As of the date of this Original Answer to Writ of Garnishment, Garnishee is not in possession of any other effects belonging to Judgment Debtors.

18. Garnishee does not have any knowledge of any other person who is indebted to or has possession of any other effects belonging to Judgment Debtors.

## ORIGINAL COUNTERCLAIM

19. As a result of the service of the Writ of Garnishment, it has been necessary for Garnishee to employ the undersigned attorney to answer the Writ herein and to otherwise represent it. Thus, under Texas law, Garnishee is entitled to recover its costs and a reasonable attorney's fee, and submits that $500.00 would be a reasonable attorney's fee. In the event of an appeal to the court of appeals, Garnishee would be further entitled to $2,500.00 as a reasonable attorney's fee. In the event of an appeal to the Supreme Court, Garnishee would be entitled to an additional $1,500.00.

WHEREFORE, BANK OZK holds the sum of ONE THOUSAND TEN AND 07/100 DOLLARS ($1,010,07), pending the disposition of this cause, and respectfully requests that, on final hearing of this cause, the following relief:

1. That all claims to such sum be determined and adjudicated, and that Garnishee be discharged from all liability to Plaintiff and Defendant respecting this fund.

2. That Garnishee recover against Plaintiff or Defendant its costs and expenses, including a reasonable attorney's fee in a total amount of at least FIVE HUNDRED AND 00/100 DOLLARS ($500.00).

3. For such other and further relief, general or special, at law or equity, to which Garnishee may show itself justly entitled.

Respectfully submitted,

**HIGIER ALLEN & LAUTIN, P.C.**

By: _____
Richard A. McKinney
State Bar No. 13723430

The Tower at CityPlace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Telecopy:  (972) 716-1899
rmckinney@higierallen.com
**ATTORNEY FOR BANK OZK**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27 day of August 2020, a true and correct copy of the foregoing was sent via E-Service and U.S. Mail to:

Via E-mail:  ppemberton@clarkhill.com
Phillip W. Pemberton
Clark Hill Strasburger
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034

                                                  _____
                                                  Richard A. McKinney

## VERIFICATION

STATE OF Arkansas §
§
COUNTY OF Franklin §

My name is Wanda Gage, Sr. Vice President for Bank OZK. I am an authorized representative for Bank OZK, herein named Garnishee. I have read the foregoing Original Answer to Writ of Garnishment and Original Counterclaim, as such representative of the Bank. Based upon the Bank's records concerning this matter, I have personal knowledge of all factual statement therein contained, and such statement are true and correct.

_Wanda Gage_
Sr. Vice President, Authorized
Representative of BANK OZK

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this the 27th day of August, 2020, to certify which witness my hand and official seal.

_Ashley Seward_
Notary Public in and for the
State of Arkansas