IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPNAY, <br><br> Plaintiff, <br> v. <br><br> BANK OZK., <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 4:20-cv-00832-O |

## ORDER

Before the Court is the Joint Motion for Entry of Agreed Order (ECF No. 17). The Plaintiff The Hanover Insurance Company ("Plaintiff") and Defendant Bank OZK ("Defendant") submit they have reached an agreement to resolve this dispute. The Court takes notice of the following stipulations of the parties:

1. Hanover filed an application for writ of garnishment against Garnishee, Bank OZK, on August 7, 2020. (ECF No. 1).

2. Pursuant to Texas Rule of Civil Procedure 663a and 21a, Hanover served Oryx Oilfield Holdings, LLC, Kodiak Trenching and Boring, LLC, Kodiak Rental and Supply, LLC, Kodiak Testing, LLC, Oryx Oilfield Services, LLC, Kodiak Excavation and Utilities, LLC, Matthew J. Mahone, and Leigh Anne Mahone, (collectively, the "Judgment Debtors") copies of the writ of garnishment, the application, and any accompanying affidavits and orders. The Judgment Debtors have not responded, appeared, or otherwise participated in this case.

3. Bank OZK filed its Original Answer to Writ of Garnishment and Original Counterclaim (the "Answer") on August 28, 2020 (ECF No. 6). In its Answer, Bank OZK admitted indebtedness

to certain Judgment Debtors in the total amount of $1,010.07. Specifically, Bank OZK admitted indebtedness to Oryx Oilfield Services, LLC in the amount of $35.85, Kodiak Excavation and Utilities, LLC, in the amount of $875.43, and Matthew J. Mahone and Leigh Anne Mahone in the amount of $98.79. Bank OZK stated that it was not indebted to Oryx Oilfield Holdings, LLC, Kodiak Trenching and Boring, LLC, Kodiak Rental and Supply, LLC, and Kodiak Testing, LLC. Further, Bank OZK stated that it was entitled to recover reasonable and necessary attorney's fees in an amount not less than $500.00. Therefore, it is:

**ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Hanover Insurance Company against Bank OZK in the amount of $510.07;

**ORDERED, ADJUDGED AND DECREED** that Bank OZK shall deliver to The Hanover Insurance Company a check in the amount of $510.07 within thirty (30) days of the entry of this judgment;

**ORDERED, ADJUDGED AND DECREED** that Bank OZK is awarded recovery of its costs and expenses, including reasonable attorney's fees in the total amount of $500.00, from the sums in its possession belonging to Judgment Debtors;

**ORDERED, ADJUDGED AND DECREED** that this Order fully and finally resolves all of Bank OZK's liability the Plaintiff and Judgment Debtors to the extent of the sums above orders; and

**ORDERED, ADJUDGED AND DECREED** that any other costs of court are assessed against the party incurring said costs.

All relief not expressly granted is denied. This Order disposes of all claims and all parties.

**SO ORDERED** on this **22nd day of September, 2020.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE